UNITED STATES BANKRUPTCY COURT

DISTRICT OF   IDAHO

In re:  J & J Chemical, Inc.                                    Case No.   17-40037

Debtor(s)                                                       ☐ Jointly Administered

# Post-confirmation Report                                      Chapter 11

Quarter Ending Date: 06/30/2021                                 Petition Date: 01/17/2017

Plan Confirmed Date: 02/26/2018                                 Plan Effective Date: 03/12/2018

This Post-confirmation Report relates to:  ◉ Reorganized Debtor

○ Other Authorized Party or Entity: _____

Name of Authorized Party or Entity

/s/ Rhett M. Miller                                             Rhett M. Miller - Attorney for R. Wayne Klein
Signature of Responsible Party                                  Printed Name of Responsible Party

07/21/2021
Date

P.O. Box 910 Burley, ID 83318
Address

STATEMENT: This Periodic Report is associated with an open bankruptcy case; therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 11-PCR (06/07/2021)                    1

Debtor's Name: J & J Chemical, Inc.    Case No. 17-40037

## Part 1: Summary of Post-confirmation Transfers

|  | Current Quarter | Total Since Effective Date |
|---|---:|---:|
| a. Total cash disbursements | $47,769 | $403,423 |
| b. Non-cash securities transferred | $0 | $0 |
| c. Other non-cash property transferred | $0 | $0 |
| d. Total transferred (a+b+c) | $47,769 | $403,423 |

## Part 2: Preconfirmation Professional Fees and Expenses

| | | | Approved Current Quarter | Approved Cumulative | Paid Current Quarter | Paid Cumulative |
|---|---|---|---:|---:|---:|---:|
| a. | Professional fees & expenses (bankruptcy) incurred by or on behalf of the debtor | *Aggregate Total* | $0 | $48,920 | $0 | $48,920 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Klein & Associates | Other | $0 | $17,962 | $0 | $17,962 |
| ii | Cosho Humphrey | Lead Counsel | $0 | $27,458 | $0 | $27,458 |
| iii | Robinson Tribe | Special Counsel | $0 | $3,500 | $0 | $3,500 |
| b. | Professional fees & expenses (nonbankruptcy) incurred by or on behalf of the debtor | *Aggregate Total* | $0 | $6,219 | $0 | $6,219 |
| | *Itemized Breakdown by Firm* | | | | | |
| | Firm Name | Role | | | | |
| i | Van Orden, Lund & Cannon | Financial Professional | $0 | $6,219 | $0 | $6,219 |
| ii | | | | | | |
| c. | All professional fees and expenses (debtor & committees) | | $0 | $55,139 | $0 | $55,139 |

## Part 3: Recoveries of the Holders of Claims and Interests under Confirmed Plan

| | Total Anticipated Payments Under Plan | Paid Current Quarter | Paid Cumulative | Allowed Claims | % Paid of Allowed Claims |
|---|---:|---:|---:|---:|---:|
| a. Administrative claims | $110,000 | $2,193 | $181,997 | $70,659 | 258% |
| b. Secured claims | $136,046 | $0 | $118,110 | $136,046 | 87% |
| c. Priority claims | $58,172 | $0 | $57,698 | $61,333 | 94% |
| d. General unsecured claims | $48,361 | $0 | $0 | $298,159 | 0% |
| e. Equity interests | $0 | $0 | $0 | | |

## Part 4: Questionnaire

a. Is this a final report?    Yes ○  No ⦿
   If yes, give date Final Decree was entered: _____
   If no, give date when the application for Final Decree is anticipated: 11/30/2021
b. Are you current with quarterly U.S. Trustee fees as set forth under 28 U.S.C. § 1930?    Yes ⦿  No ○

| Debtor's Name J & J Chemical, Inc. | Case No. 17-40037 |
|---|---|

**Privacy Act Statement**

28 U.S.C. § 589b authorizes the collection of this information and provision of this information is mandatory. The United States Trustee will use this information to calculate statutory fee assessments under 28 U.S.C. § 1930(a)(6) and to otherwise evaluate whether a reorganized chapter 11 debtor is performing as anticipated under a confirmed plan. Disclosure of this information may be to a bankruptcy trustee when the information is needed to perform the trustee's duties, or to the appropriate federal, state, local, regulatory, tribal, or foreign law enforcement agency when the information indicates a violation or potential violation of law. Other disclosures may be made for routine purposes. For a discussion of the types of routine disclosures that may be made, you may consult the Executive Office for United States Trustee's systems of records notice, UST-001, "Bankruptcy Case Files and Associated Records." *See* 71 Fed. Reg. 59,818 et seq. (Oct. 11, 2006). A copy of the notice may be obtained at the following link: http://www.justice.gov/ust/eo/rules_regulations/index.htm. Failure to provide this information could result in the dismissal or conversion of your bankruptcy case, or other action by the United States Trustee. 11 U.S.C. § 1112(b)(4)(F).

**I declare under penalty of perjury that the foregoing Post-confirmation Report and its attachments, if any, are true and correct and that I have been authorized to sign this report.**

| /s/ Wayne Klein | Wayne Klein |
|---|---|
| Signature of Responsible Party | Printed Name of Responsible Party |
| Plan Administrtor | 07/16/2021 |
| Title | Date |

UST Form 11-PCR (06/07/2021)                              3